RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jose Cortes-Serrano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CORTES-SERRANO,<br><br>Defendant. | Case No. 2:19-cr-00164-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jose Cortes-Serrano, that the Sentencing Hearing currently scheduled on June 2, 2020 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. In light of the recent events surrounding the COVID-19 pandemic and the Center for Disease Control's guidelines recommending social distancing from others when possible of approximately 6 feet, undersigned counsel requests a continuance to arrange to meet the CDC's

guidelines for preparation of her client's interview for a presentence investigation report. Such a continuance will allow counsel to maintain the health and safety of her client, herself, and others during this pandemic.

2. Additionally, counsel for the defendant needs time to investigate and gather mitigation information for Mr. Cortes-Serrano, which is relevant to the sentencing disposition of this case.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 26th day of March 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE CORTES-SERRANO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00164-JCM-EJY<br><br>**ORDER** |

   IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, June 2, 2020 at 10:30 a.m., be vacated and continued to  August 4, 2020  at the hour of 10:00 a.m.

   DATED March 30, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3